UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BISTRA PASHAMOVA, an individual, on her own behalf, on behalf of the general public and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>NEW BALANCE ATHLETIC SHOE, INC.; and NEW BALANCE, INC.; Defendants. | CASE NO.<br><br>CLASS ACTION |

## CLASS ACTION COMPLAINT

Plaintiff, Bistra Pashamova, ("Plaintiff") brings this action against defendant NEW BALANCE ATHLETIC SHOE, INC., NEW BALANCE, INC., and DOES 1 through 50 (collectively, "NEW BALANCE" or "Defendants") on behalf of herself, all others similarly situated, and the general public, and makes the following allegations upon information and belief, except as to her own actions, the investigation of her counsel, and the facts that are a matter of public record:

## PRELIMINARY STATEMENT

1.     Plaintiff files this class action on behalf of herself and all others similarly situated to obtain restitution and injunctive relief for the Class, as defined, *infra*, at paragraph 44, from NEW BALANCE.

2.     NEW BALANCE manufactures, markets and sells a type of women's and men's "toning" footwear branded as "New Balance 850 **true**balance," "New Balance 1100 **true**balance," "New Balance 1105 **true**balance," New Balance 1442 **true**balance," "New Balance 1870 **rock&**tone," "New Balance 6002 **rock&**tone," "Aravon Riley" and "Aravon Ria

1

**true**balance," among others, (hereafter, collectively, "Toning Shoes").

3.      Through an extensive and comprehensive nationwide marketing campaign, NEW BALANCE claims that these expensive Toning Shoes (starting at approximately $85 per pair for the shoes and $45 per pair for the flip flops) will provide to anyone who wears them in the course of their daily activities a tighter butt, legs, and core, a slimmer body, and will burn more calories, as compared to traditional walking shoes.

4.      Specifically, depending on the ad, NEW BALANCE claims that wearing the Toning Shoes, as compared to traditional walking shoes, will result in 16% more activation to the gluteus, 16% more activation to the hamstrings, 14% more activation to the calves, 29% more total muscle activation, and a 10% increase in calorie burning; or all of the above, except for a 29% increase in muscle activation to the quads (instead of 29% increase in total muscle activation); or "up to 27% muscle activation and up to 8%  increased calorie burn."

5.      Additionally, NEW BALANCE's marketing campaign consistently states that NEW BALANCE's claims are supported by scientific studies.

6.      However, the NEW BALANCE Toning Shoes are not proven to provide such benefits.  To the contrary, according to scientific tests, wearing the Toning Shoes provides no additional activation to the gluteus, hamstring or calf muscles, and does not burn any additional calories.  Moreover, scientists are concerned that wearing the Toning Shoes may lead to injury, a fact which NEW BALANCE deceptively omits from its advertising.

7.      NEW BALANCE' s representations and omissions are false, misleading, and reasonably likely to deceive the public.

8.      NEW BALANCE's nationwide advertising campaign has been extensive and comprehensive, and NEW BALANCE has spent millions of dollars to convey these deceptive

messages to consumers throughout the United States.  NEW BALANCE conveyed and continues to convey its deceptive claims about the Toning Shoes through a variety of media, including point of sale displays, television, magazines, the Internet and on the product's packaging. The only reason a consumer would buy the Toning Shoes is to obtain the advertised benefits.

9.     NEW BALANCE's advertising and marketing campaign is designed to cause consumers to buy NEW BALANCE Toning Shoes as a result of the deceptive health benefits message, and NEW BALANCE has succeeded.  As a result of this campaign, the NEW BALANCE Toning Shoe launch has elevated the footwear brand to one of the top sellers in its product category, and generated substantial sales.

10.     As a result of the misleading messages conveyed through its marketing campaign, NEW BALANCE has sold footwear that does not perform as advertised, and may cause harm to, people who wear it. Further, NEW BALANCE has been able to charge a significant price premium for Toning Shoes over other footwear products, including other NEW BALANCE footwear products.

11.     It is reported that shoes such as the Toning Shoes - all of which purport to provide physiological benefits by altering the sole of the shoe to keep the user's feet out of balance - enjoyed retail sales of about $145 million in 2009, up from just $17 million in 2008, and are expected to materially increase over the next several years.  In fact, in just the first four months of 2010, reports stated that sales of such shoes skyrocketed to $252 million.

12.     Plaintiff brings this action on behalf of herself, other similarly situated consumers within the United States who purchased NEW BALANCE Toning Shoes, and the general public, in order to halt the dissemination of this false and misleading advertising message, correct the false and misleading perception NEW BALANCE has created in

the minds of consumers, and to obtain redress for those who have purchased any NEW BALANCE
Toning Shoes.

## JURISDICTION AND VENUE

13.     This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2).  In the
aggregate, Plaintiff's claims and the claims of the other members of the Class exceed $5,000,000
exclusive of interest and costs, and there are numerous class members who are citizens of states
other than NEW BALANCE's state of citizenship, which is Massachusetts.

14.     This Court has personal jurisdiction over NEW BALANCE because NEW
BALANCE is incorporated in, has its headquarters and principal place of business in and is
authorized to do business in the Commonwealth of Massachusetts.

15.     Venue is proper in this Court pursuant to 28 U.S.C. §1391 because NEW
BALANCE resides in this District, many of the acts transactions giving rise to this action
occurred in this District and because NEW BALANCE is subject to personal jurisdiction in this
District.

## PARTIES

16.     At all times relevant to this matter, Plaintiff resided and continues to reside in Los
Angeles County, State of California. During the class period, Plaintiff was exposed to and saw
NEW BALANCE's advertising claims, purchased NEW BALANCE Toning Shoes in reliance
on these claims, and suffered injury in fact and lost money as a result of the unfair competition
described herein.

17.     Defendant NEW BALANCE ATHLETIC SHOE, INC., is a corporation
incorporated in the State of Massachusetts and is headquartered in Massachusetts.  Along with
wholesale distribution, NEW BALANCE ATHLETIC SHOE, INC. sells the Toning Shoes on its

4

e-commerce website and in its own retail stores.

18.     Defendant NEW BALANCE, INC., is a corporation incorporated in the State of Massachusetts and is headquartered in Massachusetts.   Along with wholesale distribution, NEW BALANCE, INC. sells the Toning Shoes on its e-commerce website and in its own retail stores.

## SUBSTANTIVE ALLEGATIONS

**I.     The Deceptive Marketing Campaign.**

19.     NEW BALANCE designs, manufactures, markets, distributes and sells two lines of Toning Shoes, branded as "**true**balance" and "**rock&**tone."

20.     According to NEW BALANCE, the design of the **true**balance Toning Shoes utilizes a "patent pending balance board technology featuring soft flexible midsole with a spring system design and rounded bottom," as well as a "two opposing leaflet design," in the sole of the shoe to create a destabilizing effect.   As a result, NEW BALANCE claims, the wearer must engage his or her "core" or abdominal muscles, quadriceps, gluteus, hamstrings and calves to stay in balance, which in turn results in toning of muscles, additional calorie burning, and losing weight.

21.     Similarly, according to NEW BALANCE, the **rock&**tone Toning Shoes feature a "rounded sole unit made of a soft, lightweight cushioning material" that causes the wearer's foot "to move differently in the ideal movement (i.e. heel-to-toe) pattern to create a stronger, more functional body, " to provide "the entire lower body a strength-training workout," and to increase muscle activation, calorie burning, and weight loss, as compared to the use of a traditional working shoe. The "soft material in the sole unit simulates walking on sand, making your muscles work harder" to achieve the same effects.

22.     The basic message of NEW BALANCE's marketing campaign is that by

simply wearing the Toning Shoes during daily activities, as compared to traditional walking shoes, any person can obtain firmer, more toned buttocks, hamstrings, calves, quadriceps and abdominal muscles, as well as burn more calories and lose weight.

23.     Specifically, depending on the ad, NEW BALANCE claims that wearing the Toning Shoes, as compared to traditional walking shoes, will result in 16% more activation to the gluteus, 16% more activation to the hamstrings, 14% more activation to the calves, 29% more total muscle activation, and a 10% increase in calorie burning; or all of the above, except for a 29% increase in muscle activation to the quads (instead of 29% increase in total muscle activation); or "up to 27% muscle activation and up to 8%  increased calorie burn."

24.     Additionally, NEW BALANCE's marketing campaign consistently states that NEW BALANCE's claims are supported by scientific studies.

25.     NEW BALANCE consistently makes the above described claims through billboards, signs on buses and trains and bus and train stops, print ads, signs in stores, point of sale advertising, television advertising, internet advertising, including, among others, www.newbalance.com, postings on the video sharing websites such as www.youtube.com, and advertisements on internet search engines including Google.

**A.     The Increased Muscle Activation, Calorie Burn And Weight Loss Claim.**

26.     Through its marketing campaign, NEW BALANCE claims that wearing the Toning Shoes during daily activities will result in increased muscle activation, calorie burn and weight loss, as compared to the use of a standard walking shoe.

27.     For example, video, print, point of sale and product packaging advertisements promoting the Toning Shoes, are replete with slogans such as "**tones** muscles. **burns** calories. **slims** you down" (emphasis in original).

28.     Additionally, NEW BALANCE's marketing campaign is replete with the
following and other similar statements, with respect to the Toning Shoes:

- "Tones while you walk";

- "Helping you tone up and slim down with every step";

- "Encourages muscle activation and calorie burn with each step";

- "Every step you take in **true**balance shoes makes your body work to
  maintain your natural balance, causing you to activate your muscles,
  engage your core and burn more calories";

- "Tone muscles you didn't even know you had";

- "Activate muscles by maintaining balance";

- "Burn calories and activate muscles";

- "Builds and tones muscle from your legs, to your glutes, to your core as
  it helps you burn calories and lose weight faster ";

- "Activates your muscles for toning from your calves to your glutes to
  your core";

- "Every step … makes your body work to maintain your natural balance
  and in doing so activates muscles."

29.     Moreover, NEW BALANCE claims that the Toning Shoes will tone
muscles and burn calories more by specific percentages, as compared to traditional
walking shoes.  Ironically, different advertisements purport different percentages.

30.     For example, as depicted in the advertisements below, with respect to
both the **true**balance and **rock&**tone line of Toning Shoes, NEW BALANCE
sometimes claims that the shoes provide 14% increased calf muscle activation, 16%

7

increased hamstring activation, 16% increased gluteus muscle activation, 29% increased muscle activation, and 10% increased calorie burning:



**Rock & Tone FAQs**

**rock&tone, a walking shoe that helps you look good even after you take it off.**

What if what you wear Monday makes you look good Saturday night?

The rock&tone's rounded sole increases muscle activation up to 27% and increase calorie burn up to 8% with each step. So you can tone every day. And on Saturday you can just strut.



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

31.    However,  other ads, such as the one depicted below, tout a 29% increase in "total muscle activation" as opposed to quad muscle action:



/ / /

/ / /

/ / /

/ / /

/ / /

32.     Additionally, in yet other ads, such as the two depicted below, NEW BALANCE claims that both **true**balance and **rock&**tone lines of Toning Shoes provide "up to 27% increased muscle activation" and "up to 8% increased calorie burn."





B.     **The Claim That NEW BALANCE's Representations Are Based on Scientific Studies.**

33.     NEW BALANCE has bolstered consumer's confidence in these assertions by consistently claiming that it has scientific studies supporting those claims. The mere assertion of precise percentages of muscles activation and calorie burn increases would lead a reasonable consumer to believe that such claims are backed by scientific evidence.  Moreover, NEW BALANCE has made explicit statements that its assertions are backed by scientific evidence.

34.     For example, in one video commercial, Shane Downey, a purported NEW BALANCE Sales Merchandising Manager, states, in part, as follows:

"Through our sports lab testing and our research we found that **true**balance technology has shows up to a 10% calorie burn and up to 29% muscle activation through the stability orientation of **true**balance."

35.      Similarly, in another video commercial, a voice-over states, in part:

"Introducing **true**balance, the newest member of the New Balance toning collection. An innovative shoe that helps women engage their muscles and indulge in their wellness. To look at a pair you might never know **true**balance is a toning shoe.  Its appearance is deceptively stylish but make no mistake, it is a specialized piece of footwear that when worn builds and tones muscles from your legs, to your glutes, to your core as it helps you burn calories and lose weight faster. Test results confirm this, showing up to a 29% increase in muscle activation and up to a 10% increase in calorie burning versus regular walking shoes."

II.     **The Scientific Community Has Rejected NEW BALANCE's Claims.**

A.     **According To Sound Science, There Is No Difference Between The Toning Shoes And Regular Walking Shoes In Terms Of Heart Rate, Kilocalories Burned, Oxygen Consumption Or Muscle Activity.**

36.     Plaintiff alleges that none of NEW BALANCE's purported scientific studies, if any, have been subjected to traditional scientific scrutiny, in that none of them was conducted by impartial, double-blinded third parties, and none was subjected to peer review or other methods traditionally used by the scientific community to ensure accurate results. Rather, these

12

purported studies, if any, were commissioned by NEW BALANCE and, from their inception, have been nothing more than deceptive marketing tools. Further, actual scientifically sound studies have found that the Toning Shoes do not provide the benefits claimed by NEW BALANCE.

37.     To the contrary of NEW BALANCE's claims, a study conducted by the University of Wisconsin – La Crosse and published by the American Council on Exercise (hereafter "ACE"), found that there was no "statistically significant increases in either exercise response or muscle activation" as a result of wearing the Toning Shoes. The study measured the heart rate, kilocalories burned, oxygen consumption, and muscle activity in users wearing the Toning Shoes and normal athletic shoes.  The study found that there was no significant difference in any category, at any speed, between the Toning Shoes and normal athletic shoes. The study concluded that "[t]here is simply no evidence to support the claims that these shoes will help wearers exercise more intensely, burn more calories or improve muscle strength and tone." *See*, *Will Toning Shoes Really Give You A Better Body?* By John Parcari, Ph.D., John Greany, Ph.D., Stephanie Tepper, M.S., Brian Edmonson, B.S., and Carl Foster, Ph.D., with Mark Anders. (http://www.acefitness.org/getfit/toningshoes072010.pdf)

38.     ACE also advised:

"'Don't buy these shoes because of the claims that you are going to tone your butt more or burn more calories.  That's absolutely wrong,' says Procari.  Then how do researchers account for the anecdotal evidence (found on blogs, etc.) from those who wear the shoes and claim their muscles get sore, which must mean the shoes are working?

'Do you feel different when you are wearing these shoes? Of course you do because you're walking on probably an inch worth of cushioning,' explains Procari. 'They feel different and that is why when people first wear them they are probably going to be sore because they are using different muscles. But if you wear any sort of abnormal shoes that you are not used to wearing, your muscles are going to get sore. Is that going to translate into toning your butt, hamstrings and calves? Nope.  Your body is just going to get used to it."

**B.     The Scientific Community Believes That Toning Shoes Increase The Risk Of Injury, A Fact that NEW BALANCE Has Failed To Disclose**.

39.     In addition to making false affirmative assertions, NEW BALANCE fails to

disclose that the Toning Shoes may cause injury, a concern prevalent among members of the

scientific community who have studied such shoes.  For example, a USA Today article entitled

*A Revolutionary Sneaker, or Overhyped Gimmick?* published on June 30, 2010

(http://www.usatoday.com/news/health/2010-06-30-toning-shoes_N.html) states in part:

> "A growing number of doctors are warning that toning shoes don't deliver on their marketing promises and could cause injuries by, among other things, changing a person's gait, or way of walking.
>
> Claims that toning shoes can significantly contribute to a person's fitness are 'utter nonsense,' says Barbara de Lateur, distinguished service professor of physical medicine and rehabilitation at Johns Hopkins University's School of Medicine in Baltimore.
>
> *            *            *
>
> David Davidson, national president of the American Academy of Podiatric Sports Medicine, says the shoes basically make adults learn to walk, or run, all over again by changing their gait.  That's a 'scary' prospect for someone with a 'borderline problem' they might not know about. . . . 'Nothing about these shoes has any redeeming value to me,' he says. 'Sorry, I don't see it.'"

40.     Thus, Toning Shoes have significant drawbacks which NEW BALANCE has

omitted from its advertising.  Specifically, because the Toning Shoes are designed to constantly

challenge the user's balance, they are unusable for users with flat feet, or those who have pre-

existing difficulties maintaining their balance.  Additionally, consumers who are more prone to

injury in areas that are responsible for maintaining balance (such as the hamstring or ankle) will

exacerbate that risk by using Toning Shoes.

41.     As the USA Today article explained;

> "De Lateur and other doctors warn that toning shoes create their advertised benefit by destabilizing how a person walks and say that wearing the shoes can result in strained

Achilles tendons.  De Lateur also says the shoes can be a particular problem for older consumers, or those who have difficulty keeping their balance.

*       *       *

Bryan Markinson, chief of podiatric medicine at Mount Sinai school of Medicine in New York, says some of his patients who are 'not in the greatest of shape' have inflamed their Achilles tendon while wearing toning shoes.  People thinking of buying them, he says, should begin an 'active stretching program' or else risk injury.

*       *       *

Jonathan Deland, chief of foot and ankle service at the Hospital for Special Surgery in New York, warns the shoes can be 'dangerous' for people with balance problems."

42.     NEW BALANCE has reaped millions of dollars in profits by leading consumers to believe that scientific studies prove that the Toning Shoes facilitate the toning of the core and gluteus muscles, quads, hamstrings and calves, and the burning of calories.  Consumers would not have paid the prices they did for, or would not have purchased at all, the Toning Shoes, had they known the truth:  that Toning Shoes have none of the benefits described by NEW BALANCE and in fact increase the likelihood that some users will suffer serious injuries, such as broken ankles or pulled hamstrings.

## CLASS DEFINITION AND ALLEGATIONS

43.      Plaintiff incorporates herein by reference each substantive former paragraph of this complaint as if set forth fully herein.

44.     Plaintiff brings this class action on behalf of herself and a nationwide Class of all others similarly situated consisting of all persons in the United States who purchased at retail any Toning Shoes (the "Class"), from the time of its market introduction in until the final disposition of this case (the "Class Period").  Excluded from the Class are Defendants; officers, directors, and employees of the Defendants; any entity in which Defendants have a controlling interest; the affiliates, legal representatives, attorneys, heirs, and assigns of the Defendants; any

15

federal, state or local government entity; and any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

45. The members of the Class are so numerous that joinder of all members would be impracticable. Plaintiff reasonably estimates that there are thousand of purchasers of the product at issue.

46. This action involves questions of law or fact common to the member of the Class that predominate over any questions affecting only individual members, including:

a. Whether NEW BALANCE violated G.L. c. 266 §91;

b. Whether NEW BALANCE's representations and conduct are likely to deceive consumers into believing that the Toning Shoes provide physical benefits which they do not;

c. Whether NEW BALANCE initiated an untrue or misleading marketing campaign;

d. Whether, by its misconduct as set forth herein, NEW BALANCE has engaged in unfair, deceptive, untrue, or misleading advertising;

e. Whether NEW BALANCE has been unjustly enriched;

f. Whether NEW BALANCE has breached an express warranty;

g. Whether the members of the Class have been injured by NEW BALANCE's conduct;

h. Whether Plaintiff and the Class are entitled to relief, and the amount and nature of such relief; and

i. Whether Plaintiff and Class members are entitled to declaratory and injunctive relief.

47. The claims of the Plaintiff class representative are typical of the claims of the

members of the Class.  Plaintiff has no interests antagonistic to those of the Class and

Defendants have no defenses unique to Plaintiff.

48.     Plaintiff will fairly and adequately protect the interest of the class and has retained

attorneys experienced in class and complex litigation.

49.     A class action is superior to all other available methods for the fair and

efficient adjudication of this controversy for the following reasons:

a.      It is economically impractical for members of the Class to prosecute individual

actions;

b.      The Class is readily definable; and

c.      Prosecution as a class action will eliminate the possibility of repetitious litigation.

50.     A Class action will cause an orderly and expeditious administration of the claims

of the Class. Economies of time, effort and expense will be fostered and uniformity of decisions

will be ensured.

51.     Plaintiff does not anticipate any undue difficulty in the management of this

litigation.

52.     Plaintiff and the Class expressly exclude any causes of action relating to personal

injury or other bodily harm arising from Defendants' conduct.

## FIRST CAUSE OF ACTION

### (Untrue and Misleading Advertising under G.L. c. 266 §91)

53.      Plaintiff incorporates herein by reference each substantive former paragraph of

this complaint as if set forth fully herein.

54.     Plaintiff brings this cause of action on behalf of herself and on behalf of the Class.

55.     NEW BALANCE's labeling, advertising, marketing, and promotion of the Toning

Shoes is untrue, deceptive and misleading, in violation of G.L., c. 266, §91.

56.     At all times relevant, NEW BALANCE knew, or could, upon reasonable investigation, have ascertained that its labeling, advertising, marketing, and promotion of its Toning Shoes was untrue, deceptive and misleading.

57.     NEW BALANCE's untrue, deceptive and misleading labeling, advertising, marketing and promotion of the Toning Shoes has continued throughout the Class period, and is continuing as of the present date.

58.     As purchasers of the Toning Shoes who were injured by NEW BALANCE's false and misleading advertising (in that Plaintiff and other Class members purchased a product that did not conform to the representations made about it by NEW BALANCE as set forth above), Plaintiff is entitled to and does bring this class action to seek all available remedies under G.L. c. 266, §91, including injunctive relief.  The injunctive relief would include an Order directing NEW BALANCE to cease its false and misleading labeling and advertising, retrieve existing false and misleading advertising and promotional materials, and publish corrective advertising.

59.     Plaintiff has suffered injury in fact as a result of NEW BALANCE's conduct because she purchased a pair of NEW BALANCE Toning Shoes.

## SECOND CAUSE OF ACTION

### (Breach of Express Warranty)

60.     Plaintiff incorporates herein by reference each substantive former paragraph of this complaint as if set forth fully herein.

61.     Plaintiff brings this claim individually and on behalf of the Class.

62.     Plaintiff, and each member of the Class, formed a contract with defendant at the time plaintiff and the other members of the Class purchased the Toning Shoes. The terms of that

contract include the promises and affirmations of fact made by NEW BALANCE on the Toning

Shoes' packaging and through its marketing campaign, as described above. This product

packaging and advertising constitutes express warranties, became part of the basis of the

bargain, on which Plaintiff and the members of the Class relied, and is part of a standardized

contract between Plaintiff and the members of the Class on the one hand, and NEW BALANCE

on the other.

63.     All conditions precedent to NEW BALANCE's liability under this contract

have been performed by Plaintiff and the Class.

64.     NEW BALANCE breached the terms of this contract, including the express

warranties, with plaintiff and the Class by not providing the Toning Shoes which could

provide the benefits described above.

65.     As a result of NEW BALANCE's breach of its contract, Plaintiff and the Class

have been damaged in the amount of the purchase price of the Toning Shoes they purchased.

### THIRD CAUSE OF ACTION

### (Unjust Enrichment)

66.      Plaintiff incorporates herein by reference each substantive former paragraph of

this complaint as if set forth fully herein.

67.     Plaintiff brings this claim individually and on behalf of the Class.

68.     NEW BALANCE sold the Toning Shoes based on untrue and misleading

advertising, including failure to disclose material facts, as stated more fully above.

69.     Plaintiff and other Class members conferred a benefit upon NEW BALANCE, in

the form of the price of the Toning Shoes sold by NEW BALANCE.

70.     NEW BALANCE has been unjustly enriched by collecting the price of the Toning

19

Shoes.

71.     NEW BALANCE's acceptance or retention of these monies is inequitable under the circumstances as outlined above.

72.     Plaintiff, on behalf of herself and the Class, seeks restitution of the full price of all Toning Shoes purchased by members of the Class.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself, all others similarly situated, and the General Public, prays for judgment against NEW BALANCE as follows:

A.     An order certifying this case as a class action and appointing Plaintiff and her counsel to represent the Class;

B.     Individual restitution and disgorgement of NEW BALANCE's revenues to Plaintiff and each member of the Class;

C.     An order requiring NEW BALANCE to immediately cease its wrongful conduct as set forth above;

D.     For reasonable attorneys' fees and the costs of this action;

E.     For statutory pre-judgment interest; and

F.     For such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a jury trial of her claims to the extent authorized by law.

Respectfully Submitted,
Plaintiff, BISTRA PASHAMOVA

By her attorneys,


/s/ Howard Friedman
Howard Friedman, BBO #180080
David Milton, BBO #668908
**Law Offices of Howard Friedman PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com
dmilton@civil-rights-law.com


Tina Wolfson, CA Bar No. 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, CA Bar No. 172098
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, APC
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Phn: (310) 474-9111
Fax: (310) 474-8585

Dated: January 3, 2011


**Certificate of Service**
I certify that on this day a true copy of the above
document was served upon the attorney of record
for each party via ECF.

Date: January 3, 2011          /s/ Howard Friedman
                               Howard Friedman