# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY CAREY, SHANNON DILBECK, and VICTORIA MOLINAROLO, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>NEW BALANCE ATHLETIC SHOE, INC.,<br><br>                Defendant. | Civil Action No. 11-cv-10001-LTS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR COURT APPROVAL OF DISTRIBUTION OF ESCROWED CLASS SETTLEMENT FUNDS

The Court has reviewed the Assented-to Motion for Court Approval of Distribution of Escrowed Class Settlement Funds filed by Plaintiffs in this action (the "Motion"), and the papers submitted in support of and in opposition to that Motion. Good cause appearing therefore, the Motion is GRANTED, and the Class Action Settlement Administrator is ORDERED to distribute the Escrowed Funds as described in the Declaration of Lori Castaneda submitted in support of the Motion.

**IT IS SO ORDERED.**

Dated: __Aug 5, 2013__

_____

HONORABLE LEO T. SOROKIN

1